**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern DIVISION**

| | | |
|---|---|---|
| In re: Best Budget Inn Investment, LLC | § | Case No. 19-09029 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Joji Takada, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:   $1,100.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distributions to Claimants:   $1,148,184.07 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:   $178,310.66 | |

3) Total gross receipts of $1,326,494.73 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,326,494.73 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1,281,929.40 | $1,133,934.30 | $1,133,934.30 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $174,403.37 | $178,310.66 | $178,310.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $15,880.83 | $12,360.84 | $8,075.08 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $163,274.29 | $412,520.69 | $6,174.69 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,635,487.89 | $1,737,126.49 | $1,326,494.73 |

4) This case was originally filed under chapter 7 on 03/29/2019.  The case was pending for 31 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:      10/24/2021                     By: /s/ Joji Takada
                                               Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate | 1110-000 | $1,209,734.88 |
| Tnb Tnpay Dep 190827 8788 (Credit card room charge deposit (net of card fee)) | 1110-000 | $518.96 |
| Balance Forward | 1129-000 | $17,584.44 |
| Bar August rent check | 1129-000 | $1,500.00 |
| Bar September rent check | 1129-000 | $1,500.00 |
| Cash deposit room charge | 1129-000 | $37,774.78 |
| Joliet Plaza Inn & Suites 15207 (Room charge via third party referral service) | 1129-000 | $186.00 |
| Joliet Plaza Inn & Suites 15207 (Room reservation via third-party referral) | 1129-000 | $128.30 |
| Maker: Mesker NSF Ck # 02078  NSF Check room charge return | 1129-000 | -$300.00 |
| Tnb Tnpay Dep 1908018788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $678.64 |
| Tnb Tnpay Dep 1908028788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $59.88 |
| Tnb Tnpay Dep 1908038788 Tnb Tnpay Dep 1908018788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $728.58 |
| Tnb Tnpay Dep 1908048788  (Credit card room charge deposit (net of card fee)) | 1129-000 | $159.68 |
| Tnb Tnpay Dep 1908058788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $199.60 |
| Tnb Tnpay Dep 1908068788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $384.24 |
| Tnb Tnpay Dep 1908078788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $137.65 |
| Tnb Tnpay Dep 1908088788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $229.54 |
| Tnb Tnpay Dep 1908098788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $349.30 |
| Tnb Tnpay Dep 1908108788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $528.96 |
| Tnb Tnpay Dep 1908118788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $324.35 |
| Tnb Tnpay Dep 190813 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $404.20 |
| Tnb Tnpay Dep 190814 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $2,225.68 |
| Tnb Tnpay Dep 190816 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $349.30 |

| | | |
|---|---|---|
| Tnb Tnpay Dep 190817 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $139.72 |
| Tnb Tnpay Dep 190818  8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $139.72 |
| Tnb Tnpay Dep 190819 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $154.69 |
| Tnb Tnpay Dep 190820 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $623.78 |
| Tnb Tnpay Dep 190822 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $199.60 |
| Tnb Tnpay Dep 190823 8788  (Credit card room charge deposit (net of card fee)) | 1129-000 | $349.30 |
| Tnb Tnpay Dep 190824 8788  (Credit card room charge deposit (net of card fee)) | 1129-000 | $2,455.08 |
| Tnb Tnpay Dep 190825 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $394.21 |
| Tnb Tnpay Dep 190826 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $394.22 |
| Tnb Tnpay Dep 190828 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $269.46 |
| Tnb Tnpay Dep 190829 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $1,956.26 |
| Tnb Tnpay Dep 190830 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $349.30 |
| Tnb Tnpay Dep 190831 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $738.56 |
| Tnb Tnpay Dep 190901 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $59.88 |
| Tnb Tnpay Dep 190902 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $204.59 |
| Tnb Tnpay Dep 190903 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $69.86 |
| Tnb Tnpay Dep 190904 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $69.86 |
| Tnb Tnpay Dep 190905 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $269.46 |
| Tnb Tnpay Dep 190906 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $1,255.73 |
| Tnb Tnpay Dep 190907 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $2,431.01 |
| Tnb Tnpay Dep 190909 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $299.42 |
| Tnb Tnpay Dep 190910 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $324.36 |
| Tnb Tnpay Dep 190911 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $269.46 |
| Tnb Tnpay Dep 190913 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $419.16 |
| Tnb Tnpay Dep 190914 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $598.84 |
| Tnb Tnpay Dep 190915 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $558.90 |

| | | |
|---|---|---|
| Tnb Tnpay Dep 190916 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $69.86 |
| Tnb Tnpay Dep 190918 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $2,046.02 |
| Tnb Tnpay Dep 190919 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $189.62 |
| Tnb Tnpay Dep 190920 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $349.30 |
| Tnb Tnpay Dep 190921 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $139.72 |
| Tnb Tnpay Dep 190922 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $139.72 |
| Tnb Tnpay Dep 190925 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $319.36 |
| Tnb Tnpay Dep 190926 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $2,325.48 |
| Tnb Tnpay Dep 190927 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $469.06 |
| Tnb Tnpay Dep 190928 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $708.60 |
| Tnb Tnpay Dep 190929 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $209.58 |
| Tnb Tnpay Dep 190930 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $299.42 |
| Tnb Tnpay Dep 191002 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | $139.72 |
| Refund of liability insurance premium | 1229-000 | $4,207.88 |
| CLAIMS AGAINST THIRD PARTIES | 1249-000 | $24,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,326,494.73** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1S | Eco Shield Home Design, Inc. | 4110-000 | NA | $527,466.77 | $567,363.36 | $567,363.36 |
| 7S | KPHG LLC. Attn: Mahesh Mody | 4110-000 | NA | $754,462.63 | $566,570.94 | $566,570.94 |
| | **TOTAL SECURED** | | **$0.00** | **$1,281,929.40** | **$1,133,934.30** | **$1,133,934.30** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Joji Takada | 2100-000 | NA | $63,044.82 | $63,044.82 | $63,044.82 |
| Trustee, Expenses - Joji Takada | 2200-000 | NA | $56.31 | $56.31 | $56.31 |
| Attorney for Trustee Fees - Illinois Department Of Revenue | 3110-000 | NA | $417.13 | $417.13 | $417.13 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $0.00 | $944.61 | $944.61 |
| Costs to Secure/Maintain Property - Pradip Patel Co LTD CPA | 2420-000 | NA | $500.00 | $500.00 | $500.00 |
| Costs to Secure/Maintain Property - PM Hospitality LLC | 2420-000 | NA | $0.00 | $800.00 | $800.00 |
| Costs to Secure/Maintain Property - Comcast Business | 2420-000 | NA | $424.13 | $424.13 | $424.13 |
| Costs to Secure/Maintain Property - ComEd | 2420-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| Costs to Secure/Maintain Property - Comed | 2420-000 | NA | $609.38 | $609.38 | $609.38 |
| Costs to Secure/Maintain Property - DirectTV | 2420-000 | NA | $1,153.36 | $1,153.36 | $1,153.36 |
| Costs to Secure/Maintain Property - Ecolab | 2420-000 | NA | $247.39 | $247.39 | $247.39 |
| Costs to Secure/Maintain Property - Hot Supply Inc. | 2420-000 | NA | $994.84 | $994.84 | $994.84 |
| Costs to Secure/Maintain Property - City Of Joliet | 2420-000 | NA | $1,199.00 | $1,199.00 | $1,199.00 |
| Costs to Secure/Maintain Property - Menards | 2420-000 | NA | $149.26 | $149.26 | $149.26 |
| Costs to Secure/Maintain Property - Nicor Gas | 2420-000 | NA | $184.20 | $184.20 | $184.20 |
| Costs to Secure/Maintain Property - Oscar Soriano | 2420-000 | NA | $300.00 | $300.00 | $300.00 |
| Costs to Secure/Maintain Property - Econo Lodge | 2420-000 | NA | $12,248.18 | $12,248.18 | $12,248.18 |
| Insurance - Preauthorized Debit | 2420-750 | NA | $2,947.02 | $2,947.02 | $2,947.02 |
| Insurance - Return Item - NSF | 2420-750 | NA | -$1,473.51 | -$1,473.51 | -$1,473.51 |
| Banking and Technology Service Fee - Maintenance Fee | 2600-000 | NA | $20.00 | $20.00 | $20.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $1,193.67 | $1,193.67 | $1,193.67 |
| Chapter 7 Operating Case Expenses - Maintenance Fee | 2690-000 | NA | $62.77 | $62.77 | $62.77 |

| | | | | | |
|---|---|---|---|---|---|
| Chapter 7 Operating Case Expenses - Preauthorized Debit | 2690-000 | NA | $1,331.12 | $1,331.12 | $1,331.12 |
| Chapter 7 Operating Case Expenses - Return Overdraft Fee | 2690-000 | NA | $36.00 | $36.00 | $36.00 |
| Chapter 7 Operating Case Expenses - Illinois Department of Revenue | 2690-000 | NA | $919.00 | $919.00 | $919.00 |
| Administrative Post-Petition Wages (includes tax and other withholdings) - Illinois Department Of Employment S | 2690-720 | NA | $31.30 | $31.30 | $31.30 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - Illinois Department Of Revenue | 2690-730 | NA | $352.15 | $352.15 | $352.15 |
| Taxes on Administrative Post-Petition Wages (employer payroll taxes) - United States Treasury | 2690-730 | NA | $1,810.52 | $1,810.52 | $1,810.52 |
| Income Taxes - Internal Revenue Service (post-petition) - Preauthorized Debit | 2810-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Income Taxes - Internal Revenue Service (post-petition) - Internal Revenue Service   FEDERAL | 2810-000 | NA | NA | $1,027.40 | $1,027.40 |
| Income Taxes - Internal Revenue Service (post-petition) - Internal Revenue Service   FICA | 2810-000 | NA | NA | $636.98 | $636.98 |
| Income Taxes - Internal Revenue Service (post-petition) - Internal Revenue Service   FUTA - IRS | 2810-000 | NA | NA | $30.82 | $30.82 |
| Income Taxes - Internal Revenue Service (post-petition) - Internal Revenue Service   Medicare | 2810-000 | NA | NA | $148.98 | $148.98 |
| Other State or Local Taxes (post-petition) - Illinois Department of Employment Security | 2820-000 | NA | $107.00 | $107.00 | $107.00 |
| Other State or Local Taxes (post-petition) - Illinois Department of Revenue | 2820-000 | NA | $7,224.00 | $7,224.00 | $7,224.00 |
| Other State or Local Taxes (post-petition) - City Collector Taxes | 2820-000 | NA | $12,836.50 | $12,836.50 | $12,836.50 |
| Other State or Local Taxes (post-petition) - Illinois  SUTA | 2820-000 | NA | NA | $318.50 | $318.50 |
| Attorney for Trustee Fees (Other Firm) - Law Offices of Zane Zielinski PC | 3210-000 | NA | $27,090.00 | $27,090.00 | $27,090.00 |
| Attorney for Trustee Fees (Other Firm) - Scott Kogen | 3210-000 | NA | $9,800.00 | $9,800.00 | $9,800.00 |
| Attorney for Trustee Expenses (Other Firm)  - Law Offices of Zane Zielinski PC | 3220-000 | NA | $361.40 | $361.40 | $361.40 |
| Accountant for Trustee Fees (Other Firm) - Alan Lasko and Associates PC | 3410-000 | NA | $15,447.09 | $15,447.09 | $15,447.09 |

| | | | | | |
|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - Alan Lasko and Associates PC | 3420-000 | NA | $279.34 | $279.34 | $279.34 |
| Realtor for Trustee Fees (Real Estate Commissions) - Gardella Asset Services | 3510-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Management Company for Trustee Fees (Other) - Hardy Parikh | 3991-460 | NA | $8,000.00 | $8,000.00 | $8,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$174,403.37** | **$178,310.66** | **$178,310.66** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P | Department of the Treasury Internal Revenue Service | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 3P-2 | Department of the Treasury | 5800-000 | NA | $10,743.83 | $5,352.92 | $2,775.55 |
| 3P-3 | Department of the Treasury | 5800-000 | NA | $0.00 | $3,548.15 | $1,839.76 |
| 4 | Hansaben R. Patel | 5300-000 | NA | $1,337.00 | $900.47 | $900.47 |
| 5 | Malini N. Dave | 5300-000 | NA | $1,900.00 | $1,279.65 | $1,279.65 |
| 6 | Naresh R. Dave | 5300-000 | NA | $1,900.00 | $1,279.65 | $1,279.65 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$15,880.83** | **$12,360.84** | **$8,075.08** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advantage Chemical Product | 7100-000 | NA | $592.96 | $592.96 | $592.96 |
| | Kamiesh Patel | 7100-000 | NA | $1,800.00 | $1,800.00 | $1,800.00 |
| | Preauthorized Debit | 7100-000 | NA | $1,508.51 | $1,508.51 | $1,508.51 |
| | Preauthorized Debit | 7100-000 | NA | $214.26 | $214.26 | $214.26 |
| | Preauthorized Debit | 7100-000 | NA | $214.34 | $214.34 | $214.34 |
| | Preauthorized Debit | 7100-000 | NA | $1,473.51 | $1,473.51 | $1,473.51 |
| | Preauthorized Debit | 7100-000 | NA | $4.20 | $4.20 | $4.20 |
| | Preauthorized Debit | 7100-000 | NA | $9.75 | $9.75 | $9.75 |
| | Preauthorized Debit | 7100-000 | NA | $205.19 | $205.19 | $205.19 |
| | Preauthorized Debit | 7100-000 | NA | $151.97 | $151.97 | $151.97 |
| 1U | Eco Shield Home Design, Inc. | 7100-000 | NA | $133,839.26 | $0.00 | $0.00 |
| 2 | Hot Supply Inc | 7100-000 | NA | $20,903.68 | $20,903.68 | $0.00 |
| 3U | Department of the Treasury Internal Revenue Service | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 3U | Department of the Treasury | 7300-000 | NA | $0.00 | $2,663.25 | $0.00 |
| 3U | Department of the Treasury | 7300-000 | NA | $0.00 | $4,472.88 | $0.00 |
| 3U-2 | Department of the Treasury | 7100-000 | NA | $2,356.66 | $2,356.66 | $0.00 |
| 7U | KPHG LLC. Attn: Mahesh Mody | 7100-000 | NA | $0.00 | $375,949.53 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $0.00 | $163,274.29 | $412,520.69 | $6,174.69 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  19-09029

**Case Name:**   Best Budget Inn Investment, LLC

**Trustee Name:**   (330810) Joji Takada

**Date Filed (f) or Converted (c):**  03/29/2019 (f)

**§ 341(a) Meeting Date:**  12/17/2019

**For Period Ending:**   10/24/2021

**Claims Bar Date:**  05/29/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Checking account at First Midwest (See Footnote) | 19,000.00 | 0.00 | | 50,000.00 | FA |
| 2* | Real Estate (See Footnote) | 1,500,000.00 | 0.00 | | 1,209,734.88 | FA |
| 3* | Refund of liability insurance premium (u) (See Footnote) | 0.00 | 0.00 | | 4,207.88 | FA |
| 4* | OFFICE EQUIPMENT (See Footnote) | 1,100.00 | 1,100.00 | | 0.00 | FA |
| 5* | CLAIMS AGAINST THIRD PARTIES (u) (See Footnote) | 0.00 | 0.00 | | 24,500.00 | FA |
| 5 | Assets Totals (Excluding unknown values) | **$1,520,100.00** | **$1,100.00** | | **$1,288,442.76** | **$0.00** |

RE PROP# 1    First Midwest Operating account

RE PROP# 2    Hotel located at 4200 W Jefferson Street, Joliet, Illinois

RE PROP# 3    Refund of liability insurance premium

RE PROP# 4    Office equipment, computer and communication systems and software.

RE PROP# 5    Insurance claims against Berkshire Hathaway and insurance adjuster

**Major Activities Affecting Case Closing:**

Operate hotel short term while negotiating sale of hotel.  JT 10/6/19

Sale of hotel closed, begin administering assets of estate; Set 341 meeting for December 2019.  JT  11/15/19

Review insider transfers.  JT 3/3/20

Reviewing insider transfers.  JT 7/16/20

Confirming with accountant re: open issues.  JT 10/26/20

Prepare final tax returns; Look to close case in first quarter 2021. JT 12/28/20

**Initial Projected Date Of Final Report (TFR):**  12/30/2020

**Current Projected Date Of Final Report (TFR):**  01/21/2021 (Actual)

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No.: | 19-09029 | | Trustee Name: | | Joji Takada (330810) | |
| Case Name: | Best Budget Inn Investment, LLC | | Bank Name: | | First Midwest Bank | |
| Taxpayer ID #: | **-***2641 | | Account #: | | ******0654 Checking Account | |
| For Period Ending: | 10/24/2021 | | Blanket Bond (per case limit): | | $77,173,558.00 | |
| | | | Separate Bond (if applicable): | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/02/19 | | Deposit | Cash deposit room charge | 1129-000 | 410.00 | | 410.00 |
| 08/02/19 | | Balance Forward | Balance Forward | 1129-000 | 17,584.44 | | 17,994.44 |
| 08/02/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908018788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 678.64 | | 18,673.08 |
| 08/02/19 | | Preauthorized Debit | Tnb Tnpay Stl 1908018788 (Credit card charge reverse re: room cancelation) | 2690-000 | | 245.01 | 18,428.07 |
| 08/05/19 | | Deposit | Cash deposit room charge | 1129-000 | 3,035.86 | | 21,463.93 |
| 08/05/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908038788 Tnb Tnpay Dep 1908018788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 728.58 | | 22,192.51 |
| 08/05/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908048788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 159.68 | | 22,352.19 |
| 08/05/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908028788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 59.88 | | 22,412.07 |
| 08/05/19 | | Kamiesh Patel | Date of check - 07/29/19 - 08/05/19  Ref# 1448 - paid to Kamiesh Patel Pre-conversion check cashed post-conversion; Debtor's owner's salary draw $1,800.00 | 7100-000 | | 1,800.00 | 20,612.07 |
| 08/05/19 | | Chargeback | Maker: Mesker NSF Ck # 02078 NSF Check room charge return | 1129-000 | -300.00 | | 20,312.07 |
| 08/06/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908058788 (Credit card room charge deposit | 1129-000 | 199.60 | | 20,511.67 |
| 08/06/19 | | Preauthorized Credit | Joliet Plaza Inn & Suites 15207 (Room charge via third party referral service) | 1129-000 | 93.00 | | 20,604.67 |
| 08/06/19 | | Preauthorized Debit | Skipjack Pfc Dep 190806 (Property insurance installment payment) | 2420-750 | | 1,473.51 | 19,131.16 |
| 08/07/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908068788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 384.24 | | 19,515.40 |
| 08/08/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908078788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 69.86 | | 19,585.26 |
| 08/08/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908078788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 67.79 | | 19,653.05 |
| 08/08/19 | | Preauthorized Debit | Joliet Plaza Inn & Suites 15207 (Referral fee re: third party referral service) | 2690-000 | | 2.80 | 19,650.25 |
| 08/08/19 | | Advantage Chemical Product | Date of check - 07/25/19 - 08/08/19Ref #1612 - paid to Advantage Chemical ProductPre-conversion check, cashed post-conversion; Charge for laundry and cleaning supplies7100-000$592.96 | 7100-000 | | 592.96 | 19,057.29 |
| 08/09/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908088788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 229.54 | | 19,286.83 |
| 08/12/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908108788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 528.96 | | 19,815.79 |

Page Subtotals: $23,930.07   $4,114.28

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 19-09029 | Trustee Name: | Joji Takada (330810) |
|---|---|---|---|
| Case Name: | Best Budget Inn Investment, LLC | Bank Name: | First Midwest Bank |
| Taxpayer ID #: | **-***2641 | Account #: | ******0654 Checking Account |
| For Period Ending: | 10/24/2021 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/12/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908098788 (Credit card room charge deposit (net of card fee) | 1129-000 | 349.30 | | 20,165.09 |
| 08/12/19 | | Preauthorized Credit | Tnb Tnpay Dep 1908118788 (Credit card room charge deposit (net of card fee) | 1129-000 | 324.35 | | 20,489.44 |
| 08/12/19 | | Preauthorized Debit | Transnational Ba Merchant C 190812 (Credit card machine fee) | 2690-000 | | 9.75 | 20,479.69 |
| 08/12/19 | | Preauthorized Debit | Transnational Ba Annual Mer 190812 (Credit card merchant annual processing fee) | 2690-000 | | 75.00 | 20,404.69 |
| 08/12/19 | | Preauthorized Debit | Ascentiumcapital Leasechg 19081267353 (Equipment lease installment paymnet) | 2690-000 | | 151.97 | 20,252.72 |
| 08/13/19 | | Deposit | Cash deposit room charge | 1129-000 | 5,561.68 | | 25,814.40 |
| 08/13/19 | | Preauthorized Credit | Joliet Plaza Inn & Suites 15207 (Room charge via third party referral service) | 1129-000 | 93.00 | | 25,907.40 |
| 08/13/19 | | Maintenance Fee | Analysis Activity (First Midwest Bank fee) | 2690-000 | | 24.62 | 25,882.78 |
| 08/14/19 | | Preauthorized Credit | Tnb Tnpay 190813 8788 (Credit card room charge deposit (net of card fee) | 1129-000 | 404.20 | | 26,286.98 |
| 08/15/19 | | Preauthorized Credit | Tnb Tnpay Dep 190814 8788 (Credit card room charge deposit (net of card fee) | 1129-000 | 2,225.68 | | 28,512.66 |
| 08/15/19 | | Preauthorized Debit | Joliet Plaza Inn & Suites 15207 (Referral fee re third party service) | 2690-000 | | 2.80 | 28,509.86 |
| 08/19/19 | | Deposit | Cash deposit room charge | 1129-000 | 5,205.17 | | 33,715.03 |
| 08/19/19 | | Deposit | Bar August rent check | 1129-000 | 1,500.00 | | 35,215.03 |
| 08/19/19 | | Preauthorized Credit | Tnb Tnpay Dep 190816 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 349.30 | | 35,564.33 |
| 08/19/19 | | Preauthorized Credit | Tnb Tnpay Dep 190817 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 139.72 | | 35,704.05 |
| 08/19/19 | | Preauthorized Credit | Tnb Tnpay Dep 190818  8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 139.72 | | 35,843.77 |
| 08/20/19 | | Preauthorized Credit | Tnb Tnpay Dep 190819 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 154.69 | | 35,998.46 |
| 08/21/19 | | Preauthorized Credit | Tnb Tnpay Dep 190820 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 623.78 | | 36,622.24 |
| 08/23/19 | | Preauthorized Credit | Tnb Tnpay Dep 190822 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 199.60 | | 36,821.84 |
| 08/23/19 | | Preauthorized Debit | Pradip patel&co. Debits 190823 (Fee re: bookkeeping and accounting services) | 2690-000 | | 175.00 | 36,646.84 |
| 08/26/19 | | Preauthorized Credit | Tnb Tnpay Dep 190824 8788 (Credit card room charge deposit (net of card fee) | 1129-000 | 2,455.08 | | 39,101.92 |
| 08/26/19 | | Preauthorized Credit | Tnb Tnpay Dep 190825 8788 (Credit card room charge deposit (net of card fee) | 1129-000 | 394.21 | | 39,496.13 |

Page Subtotals:     $20,119.48     $439.14

# Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 19-09029 | Trustee Name: | Joji Takada (330810) |
|---|---|---|---|
| Case Name: | Best Budget Inn Investment, LLC | Bank Name: | First Midwest Bank |
| Taxpayer ID #: | **-***2641 | Account #: | ******0654 Checking Account |
| For Period Ending: | 10/24/2021 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/26/19 | | Preauthorized Credit | Tnb Tnpay Dep 190823 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 349.30 | | 39,845.43 |
| 08/26/19 | | Preauthorized Debit | Liberty Mutual  101939720 190826 8564642 (Liability insurance installment payment) | 7100-000 | | 214.26 | 39,631.17 |
| 08/27/19 | | Deposit | Cash deposit room charge | 1129-000 | 2,345.18 | | 41,976.35 |
| 08/27/19 | | Preauthorized Credit | Tnb Tnpay Dep 190826 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 394.22 | | 42,370.57 |
| 08/28/19 | | Preauthorized Credit | Tnb Tnpay Dep 190827 8788 (Credit card room charge deposit (net of card fee)) | 1110-000 | 518.96 | | 42,889.53 |
| 08/29/19 | | Preauthorized Credit | Tnb Tnpay Dep 190828 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 269.46 | | 43,158.99 |
| 08/30/19 | | Preauthorized Credit | Tnb Tnpay Dep 190829 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 1,956.26 | | 45,115.25 |
| 09/03/19 | | Deposit | Cash deposit room charge | 1129-000 | 3,823.77 | | 48,939.02 |
| 09/03/19 | | Preauthorized Credit | Tnb Tnpay Dep 190831 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 738.56 | | 49,677.58 |
| 09/03/19 | | Preauthorized Credit | Tnb Tnpay Dep 190830 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 349.30 | | 50,026.88 |
| 09/03/19 | | Preauthorized Credit | Tnb Tnpay Dep 190902 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 204.59 | | 50,231.47 |
| 09/03/19 | | Preauthorized Credit | Tnb Tnpay Dep 190901 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 59.88 | | 50,291.35 |
| 09/03/19 | | Tori Telch, Chapter 7 Trustee for Best Budget Inn | Sweep of account by Joji Takada, Trustee for Best Budget Inn; deposited in bankruptcy estate account | 9999-000 | | 50,000.00 | 291.35 |
| 09/03/19 | | Preauthorized Debit | Tnb tnpay stl 190901 8788 (Credit card charge reverse re: room cancelation) | 2690-000 | | 185.42 | 105.93 |
| 09/04/19 | | Preauthorized Credit | Tnb Tnpay Dep 190903 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 69.86 | | 175.79 |
| 09/05/19 | | Preauthorized Credit | Tnb Tnpay Dep 190904 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 69.86 | | 245.65 |
| 09/06/19 | | Preauthorized Credit | Tnb Tnpay Dep 190905 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 269.46 | | 515.11 |
| 09/06/19 | | Preauthorized Debit | Skipjack PFC Dep 190906 8788 (Property insurance installment payment) | 2420-750 | | 1,473.51 | -958.40 |
| 09/09/19 | | Preauthorized Credit | Tnb Tnpay Dep 190907 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 2,431.01 | | 1,472.61 |
| 09/09/19 | | Preauthorized Credit | Tnb Tnpay Dep 190906 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 708.60 | | 2,181.21 |

Page Subtotals:    $14,558.27    $51,873.19

# Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 19-09029 | Trustee Name: | Joji Takada (330810) |
|---|---|---|---|
| Case Name: | Best Budget Inn Investment, LLC | Bank Name: | First Midwest Bank |
| Taxpayer ID #: | **-***2641 | Account #: | ******0654 Checking Account |
| For Period Ending: | 10/24/2021 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| 09/09/19 | | Preauthorized Credit | Tnb Tnpay Dep 190906 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 489.02 | | 2,670.23 |
| 09/09/19 | | Preauthorized Credit | Tnb Tnpay Dep 190906 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 58.11 | | 2,728.34 |
| 09/09/19 | | Return Item - NSF | Skipjack PFC Dep 190906 (Return of funds re: property insurance installment payment; Auto-debit went through because of miscommunication with ins broker to cancel autopayment and pay through bankruptcy estate) | 2420-750 | | -1,473.51 | 4,201.85 |
| 09/09/19 | | Return Overdraft Fee | For Return of Preauthorized Debit 550033011 (Bank overdraft fee) | 2690-000 | | 36.00 | 4,165.85 |
| 09/10/19 | | Preauthorized Credit | Tnb Tnpay Dep 190909 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 299.42 | | 4,465.27 |
| 09/10/19 | | Preauthorized Debit | Transnational BA merchant c 190910 (Credit card equipment fee) | 2690-000 | | 9.75 | 4,455.52 |
| 09/10/19 | | Maintenance Fee | Analysis Activity (First Midwest bank fee) | 2690-000 | | 38.15 | 4,417.37 |
| 09/11/19 | | Preauthorized Credit | Tnb Tnpay Dep 190910 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 324.36 | | 4,741.73 |
| 09/11/19 | | Preauthorized Debit | Ascentiumcapital Leasechg 190911 67353 (TV and cable equipment leasing fee) | 2690-000 | | 151.97 | 4,589.76 |
| 09/12/19 | | Preauthorized Credit | Tnb Tnpay Dep 190911 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 269.46 | | 4,859.22 |
| 09/12/19 | | Preauthorized Debit | Skipjack PFC Dep 190912 (Property insurance installment payment) | 7100-000 | | 1,508.51 | 3,350.71 |
| 09/16/19 | | Preauthorized Credit | Tnb Tnpay Dep 190914 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 598.84 | | 3,949.55 |
| 09/16/19 | | Preauthorized Credit | Tnb Tnpay Dep 190913 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 419.16 | | 4,368.71 |
| 09/16/19 | | Preauthorized Credit | Tnb Tnpay Dep 190915 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 129.74 | | 4,498.45 |
| 09/17/19 | | Preauthorized Credit | Tnb Tnpay Dep 190916 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 69.86 | | 4,568.31 |
| 09/19/19 | | Preauthorized Credit | Tnb Tnpay Dep 190918 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 2,046.02 | | 6,614.33 |
| 09/20/19 | | Preauthorized Credit | Tnb Tnpay Dep 190919 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 189.62 | | 6,803.95 |
| 09/23/19 | | Preauthorized Credit | Tnb Tnpay Dep 190920 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 349.30 | | 7,153.25 |
| 09/23/19 | | Preauthorized Credit | Tnb Tnpay Dep 190921 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 139.72 | | 7,292.97 |

Page Subtotals:     $5,382.63     $270.87

# Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 19-09029 | Trustee Name: | Joji Takada (330810) |
|---|---|---|---|
| Case Name: | Best Budget Inn Investment, LLC | Bank Name: | First Midwest Bank |
| Taxpayer ID #: | **-***2641 | Account #: | ******0654 Checking Account |
| For Period Ending: | 10/24/2021 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/23/19 | | Preauthorized Credit | Tnb Tnpay Dep 190922 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 139.72 | | 7,432.69 |
| 09/24/19 | | Deposit | Bar September rent check | 1129-000 | 1,500.00 | | 8,932.69 |
| 09/24/19 | | Deposit | Cash deposit room charge | 1129-000 | 54.46 | | 8,987.15 |
| 09/24/19 | | Preauthorized Credit | Tnb Tnpay Dep 190915 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 429.16 | | 9,416.31 |
| 09/25/19 | | Preauthorized Debit | Liberty Mutual 101929720 190925 9926189 (liability insurance installment payment) | 7100-000 | | 214.34 | 9,201.97 |
| 09/26/19 | | Preauthorized Credit | Tnb Tnpay Dep 190925 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 319.36 | | 9,521.33 |
| 09/26/19 | | Preauthorized Debit | Pradip Patel&co. Debits 190926 (Fee re: bookkeeping and accounting services) | 2690-000 | | 250.00 | 9,271.33 |
| 09/27/19 | | Preauthorized Credit | Tnb Tnpay Dep 190926 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 2,325.48 | | 11,596.81 |
| 09/30/19 | | Preauthorized Credit | Tnb Tnpay Dep 190928 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 708.60 | | 12,305.41 |
| 09/30/19 | | Preauthorized Credit | Tnb Tnpay Dep 190927 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 469.06 | | 12,774.47 |
| 09/30/19 | | Preauthorized Credit | Tnb Tnpay Dep 190929 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 209.58 | | 12,984.05 |
| 10/01/19 | | Preauthorized Credit | Tnb Tnpay Dep 190930 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 299.42 | | 13,283.47 |
| 10/02/19 | | Preauthorized Debit | Tnb tnpay stl 191001 8788 (Credit card room charge deposit (net of card fee)) | 7100-000 | | 205.19 | 13,078.28 |
| 10/03/19 | | Preauthorized Credit | Tnb Tnpay Dep 191002 8788 (Credit card room charge deposit (net of card fee)) | 1129-000 | 139.72 | | 13,218.00 |
| 10/04/19 | | Deposit | Cash deposit room charge | 1129-000 | 5,674.13 | | 18,892.13 |
| 10/04/19 | | Deposit | Cash deposit room charge | 1129-000 | 5,162.92 | | 24,055.05 |
| 10/04/19 | | Deposit | Cash deposit room charge | 1129-000 | 3,381.57 | | 27,436.62 |
| 10/04/19 | | Deposit | Cash deposit room charge | 1129-000 | 3,120.04 | | 30,556.66 |
| 10/04/19 | | Preauthorized Credit | Joliet Plaza Inn & Suites 15207 (Room reservation via third-party referral) | 1129-000 | 128.30 | | 30,684.96 |
| 10/08/19 | | Preauthorized Debit | Skipjack PFC Dep 191008 (Property insurance installment payment) | 7100-000 | | 1,473.51 | 29,211.45 |
| 10/10/19 | | Preauthorized Debit | Joliet Plaza Inn & Suites 15207 (Referral fee re: third-party service) | 7100-000 | | 4.20 | 29,207.25 |
| 10/10/19 | | Preauthorized Debit | Transnational Ba Merchant C 191010 (Credit card machine fee) | 7100-000 | | 9.75 | 29,197.50 |
| 10/10/19 | | Preauthorized Debit | Ascentiumcapital Leasechg 191010 83923 (TV and cable equipment lease payment) | 7100-000 | | 151.97 | 29,045.53 |
| 10/11/19 | | Maintenance Fee | Analysis Activity (First Midwest bank fee) | 2600-000 | | 20.00 | 29,025.53 |

|  |  |  | Page Subtotals: | | $24,061.52 | $2,328.96 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 6

| | | |
|---|---|---|
| Case No.: | 19-09029 | |
| Case Name: | Best Budget Inn Investment, LLC | |
| Taxpayer ID #: | **-***2641 | |
| For Period Ending: | 10/24/2021 | |

| | |
|---|---|
| Trustee Name: | Joji Takada (330810) |
| Bank Name: | First Midwest Bank |
| Account #: | ******0654 Checking Account |
| Blanket Bond (per case limit): | $77,173,558.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/15/19 | | Preauthorized Debit | Tnb Tnpay Stl 191011 8788 (Room cancelation reverse charge) | 2690-000 | | 71.65 | 28,953.88 |
| 10/15/19 | | Preauthorized Debit | IRS Usataxpymt 191015 27096 (IRS payroll tax estimated payment) | 2810-000 | | 2,000.00 | 26,953.88 |
| 10/22/19 | | Disbursement Adjustment | Withdrawal (Close account; Fund deposited in estate bank account) | 9999-000 | | 26,953.88 | 0.00 |
| | | COLUMN TOTALS | | | 88,051.97 | 88,051.97 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 76,953.88 | |
| | | Subtotal | | | 88,051.97 | 11,098.09 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $88,051.97 | $11,098.09 | |

## Form 2

Exhibit 9
Page: 7

### Cash Receipts And Disbursements Record

| Case No.: | 19-09029 | Trustee Name: | Joji Takada (330810) |
|---|---|---|---|
| Case Name: | Best Budget Inn Investment, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2641 | Account #: | ******6500 Checking |
| For Period Ending: | 10/24/2021 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/03/19 | | BEST L.L.C. BUDGET INN INVESTMENT | Sweep of company operating account as of 09/03/19 | 9999-000 | 50,000.00 | | 50,000.00 |
| 09/16/19 | 101 | Comcast Business | Internet at hotel | 2420-000 | | 424.13 | 49,575.87 |
| 09/16/19 | 102 | DirectTV | TV at hotel | 2420-000 | | 576.68 | 48,999.19 |
| 09/16/19 | 103 | Oscar Soriano | Lawn maintenance Voided on 09/16/2019 | 2420-004 | | 600.00 | 48,399.19 |
| 09/16/19 | 103 | Oscar Soriano | Lawn maintenance Voided: check issued on 09/16/2019 | 2420-004 | | -600.00 | 48,999.19 |
| 09/16/19 | 104 | Hot Supply Inc. | Hotel supplies | 2420-000 | | 994.84 | 48,004.35 |
| 09/16/19 | 105 | Menards | Hotel supplies | 2420-000 | | 106.03 | 47,898.32 |
| 09/16/19 | 106 | ComEd | Electricity bill | 2420-000 | | 1,500.00 | 46,398.32 |
| 09/16/19 | 107 | Comed | Electrical bill | 2420-000 | | 609.38 | 45,788.94 |
| 09/16/19 | 108 | City Of Joliet | Water bill | 2420-000 | | 1,199.00 | 44,589.94 |
| 09/16/19 | 109 | Ecolab | Pest control Invoice 7622172 August 13, 2019 | 2420-000 | | 247.39 | 44,342.55 |
| 09/16/19 | 110 | DirectTV | TV at hotel | 2420-000 | | 576.68 | 43,765.87 |
| 09/16/19 | 111 | Menards | Hotel supplies | 2420-000 | | 43.23 | 43,722.64 |
| 09/16/19 | 112 | Nicor Gas | Gas bill | 2420-000 | | 184.20 | 43,538.44 |
| 09/16/19 | 113 | Econo Lodge | Payroll for August 2019 | 2420-000 | | 6,032.04 | 37,506.40 |
| 09/16/19 | 114 | Oscar Soriano | Post petition lawn services | 2420-000 | | 300.00 | 37,206.40 |
| 10/02/19 | {2} | Old Republic Title Insurance Company | Net proceeds from sale of real estate | 1110-000 | 75,000.00 | | 112,206.40 |
| 10/02/19 | {2} | Old Republic National Title Insurance Company | Sale proceeds from 4200 W Jefferson, Joliet hotel | 1110-000 | 5,624.28 | | 117,830.68 |
| 10/02/19 | 115 | Hardy Parikh | Management fee re: hotel manager | 3991-460 | | 7,000.00 | 110,830.68 |
| 10/02/19 | 116 | Hardy Parikh | Management fee | 3991-460 | | 1,000.00 | 109,830.68 |
| 10/25/19 | | First Midwest Bank | Liquidation of business operating account | 9999-000 | 26,953.88 | | 136,784.56 |
| 10/25/19 | 117 | Econo Lodge | Reimbursement for payroll for September 2019 | 2420-000 | | 6,216.14 | 130,568.42 |
| 11/13/19 | 118 | Illinois Department of Revenue | July 2019 Hotel Operator's Occupation Tax Return | 2690-000 | | 325.00 | 130,243.42 |
| 11/13/19 | 119 | Illinois Department of Revenue | August 2019 Hotel Operator's Occupation Tax Return | 2690-000 | | 379.00 | 129,864.42 |
| 11/13/19 | 120 | Illinois Department of Revenue | September 2019 Hotel Operator's Occupation Tax Return | 2690-000 | | 215.00 | 129,649.42 |
| 12/10/19 | 121 | City Collector Taxes | Accommodations Quarterly Return May to July 2019 | 2820-000 | | 8,047.80 | 121,601.62 |
| 12/10/19 | 122 | City Collector Taxes | Accommodations Quarterly Return August to September 2019 | 2820-000 | | 4,788.70 | 116,812.92 |
| 12/19/19 | {3} | Skipjack Premium Finance Company | Refund of insurance premium payments | 1229-000 | 4,207.88 | | 121,020.80 |
| 12/19/19 | 123 | Gardella Asset Services | Real estate broker appraisal/consulting fee | 3510-000 | | 1,000.00 | 120,020.80 |
| 01/23/20 | 124 | Illinois Department Of Revenue | 2019Q3 payroll tax Illinois | 2690-730 | | 352.15 | 119,668.65 |
| 01/23/20 | 125 | United States Treasury | 2019q3 federal withholding tax | 2690-730 | | 172.30 | 119,496.35 |
| 01/23/20 | 126 | United States Treasury | 2019q3 federal tax | 2690-730 | | 1,638.22 | 117,858.13 |

Page Subtotals:  $161,786.04  $43,927.91

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 8

## Cash Receipts And Disbursements Record

| Case No.: | 19-09029 | Trustee Name: | Joji Takada (330810) |
|---|---|---|---|
| Case Name: | Best Budget Inn Investment, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2641 | Account #: | ******6500 Checking |
| For Period Ending: | 10/24/2021 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/14/20 | 127 | Illinois Department Of Employment Security | Employers contribution for wages | 2690-720 | | 31.30 | 117,826.83 |
| 03/03/20 | 128 | International Sureties LTD | 2020 Blanket Bond pro rata payment | 2300-000 | | 944.61 | 116,882.22 |
| 03/03/20 | 129 | Pradip Patel Co LTD CPA | August September 2019 accounting fees | 2420-000 | | 500.00 | 116,382.22 |
| 03/06/20 | 130 | Law Offices of Zane Zielinski PC | Bankruptcy attorney fees and costs | | | 27,451.40 | 88,930.82 |
| | | Law Offices of Zane Zielinski PC | Bankruptcy attorney fees $27,090.00 | 3210-000 | | | |
| | | Law Offices of Zane Zielinski PC | Bankruptcy attorney costs $361.40 | 3220-000 | | | |
| 03/06/20 | 131 | Illinois Department Of Revenue | Illinois tax and hotel operations occupation tax | 3110-000 | | 417.13 | 88,513.69 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 142.19 | 88,371.50 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 136.54 | 88,234.96 |
| 06/11/20 | 132 | Illinois Department of Employment Security | Fourth quarter 2019 wage report | 2820-000 | | 55.00 | 88,179.96 |
| 06/11/20 | 133 | Illinois Department of Employment Security | First quarter 2020 employer contribution | 2820-000 | | 52.00 | 88,127.96 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 150.35 | 87,977.61 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 145.30 | 87,832.31 |
| 08/13/20 | | Joji Takada, Trustee for Best Budget | Tax escrow overage return to secured creditor escrow fund | 9999-000 | 4,823.70 | | 92,656.01 |
| 08/13/20 | | Joji Takada Trustee, escrow account for secured creditors | Tax payment escrow overage to be returned to secured creditor account | 9999-000 | | 4,823.70 | 87,832.31 |
| 08/17/20 | | Escrow account for secured creditors of Best Budget Inn Investment LLC | Tax payment escrow overage returned to secured creditor account per agreement | 9999-000 | | 4,823.70 | 83,008.61 |
| 08/20/20 | 136 | Illinois Department of Revenue | 2019 Illinois tax liability for bankruptcy estate of Best Budget Inn Investment LLC | 2820-000 | | 7,224.00 | 75,784.61 |
| 08/28/20 | | Escrow account for secured creditor Best Budget Inn Investment | Reimbursement of payment incorrectly made from secured escrow account | 9999-000 | | 800.00 | 74,984.61 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 132.19 | 74,852.42 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 127.63 | 74,724.79 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 119.43 | 74,605.36 |
| 11/10/20 | 138 | Hansaben R. Patel | Preconversion wage claim Stopped on 12/09/2020 | 5300-005 | | 900.47 | 73,704.89 |
| 11/10/20 | 139 | Malini N. Dave | Preconversion wage claim | 5300-000 | | 1,279.65 | 72,425.24 |
| 11/10/20 | 140 | Naresh R. Dave | Preconversion wage claim | 5300-000 | | 1,279.65 | 71,145.59 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 114.04 | 71,031.55 |

Page Subtotals:    $4,823.70    $51,650.28

## Form 2

Exhibit 9

Page: 9

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 19-09029 | |
| Case Name: | Best Budget Inn Investment, LLC | |
| Taxpayer ID #: | **-***2641 | |
| For Period Ending: | 10/24/2021 | |

| | |
|---|---|
| Trustee Name: | Joji Takada (330810) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******6500 Checking |
| Blanket Bond (per case limit): | $77,173,558.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/09/20 | 138 | Hansaben R. Patel | Preconversion wage claim Stopped: check issued on 11/10/2020 | 5300-005 | | -900.47 | 71,932.02 |
| 12/11/20 | 141 | Hansaben R. Patel | Reissued check after updating payee address; stop payment issued on initial check | 5300-000 | | 900.47 | 71,031.55 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 126.00 | 70,905.55 |
| 01/21/21 | 142 | Internal Revenue Service   FUTA - IRS | 940-V 2020 EIN 46-1402641 | 2810-000 | | 30.82 | 70,874.73 |
| 01/21/21 | 143 | Department Of The Treasury | 941-V EIN 41-1402641 | | | 1,813.36 | 69,061.37 |
| | | Internal Revenue Service   FICA | 941-V EIN 41-1402641      $318.49 | 2810-000 | | | |
| | | Internal Revenue Service   FICA | 941-V EIN 41-1402641      $318.49 | 2810-000 | | | |
| | | Internal Revenue Service FEDERAL | 941-V EIN 41-1402641      $1,027.40 | 2810-000 | | | |
| | | Internal Revenue Service Medicare | 941-V EIN 41-1402641      $74.49 | 2810-000 | | | |
| | | Internal Revenue Service Medicare | 941-V EIN 41-1402641      $74.49 | 2810-000 | | | |
| 01/21/21 | 144 | Illinois  SUTA | 2020 IL 941 EIN 46-1402641 | 2820-000 | | 256.85 | 68,804.52 |
| 01/21/21 | 145 | Illinois  SUTA | 4697086 20/4 12/31/20  Form UI 3/40 Stopped on 03/02/2021 | 2820-005 | | 61.65 | 68,742.87 |
| 03/02/21 | 145 | Illinois  SUTA | 4697086 20/4 12/31/20  Form UI 3/40 Stopped: check issued on 01/21/2021 | 2820-005 | | -61.65 | 68,804.52 |
| 03/03/21 | 146 | Illinois  SUTA | Reissue of payment for 4697086 20/4 12/31/20 Form UI 3/40 | 2820-000 | | 61.65 | 68,742.87 |
| 07/08/21 | {5} | Berkshire Hathaway Homestate Insurance Company | Settlement re insurance claim against Berkshire Hathaway | 1249-000 | 24,500.00 | | 93,242.87 |
| 07/20/21 | 147 | Scott Kogen | Special counsel fee re: settlement of Berkshire claim | 3210-000 | | 9,800.00 | 83,442.87 |
| 09/10/21 | 148 | Alan Lasko and Associates PC | Combined dividend payments for Claim #admin final, admin final FA, Admin interim, Admin Interim FA | | | 15,726.43 | 67,716.44 |
| | | Alan Lasko and Associates PC | Claims Distribution - Wed, 08-18-2021      $136.57 | 3420-000 | | | |
| | | Alan Lasko and Associates PC | Claims Distribution - Wed, 08-18-2021      $8,736.95 | 3410-000 | | | |
| | | Alan Lasko and Associates PC | Claims Distribution - Wed, 08-18-2021      $6,710.14 | 3410-000 | | | |
| | | Alan Lasko and Associates PC | Claims Distribution - Wed, 08-18-2021      $142.77 | 3420-000 | | | |

Page Subtotals:      $24,500.00      $27,815.11

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 10

| | | |
|---|---|---|
| Case No.: | 19-09029 | |
| Case Name: | Best Budget Inn Investment, LLC | |
| Taxpayer ID #: | **-***2641 | |
| For Period Ending: | 10/24/2021 | |

| | | |
|---|---|---|
| Trustee Name: | Joji Takada (330810) | |
| Bank Name: | Metropolitan Commercial Bank | |
| Account #: | ******6500 Checking | |
| Blanket Bond (per case limit): | $77,173,558.00 | |
| Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/10/21 | 149 | Joji Takada | Combined trustee compensation & expense dividend payments. | | | 63,101.13 | 4,615.31 |
| | | Joji Takada | Claims Distribution - Wed, 08-18-2021<br><br>$63,044.82 | 2100-000 | | | |
| | | Joji Takada | Claims Distribution - Wed, 08-18-2021<br><br>$56.31 | 2200-000 | | | |
| 09/10/21 | 150 | Department of the Treasury | Combined dividend payments for Claim #3P-2, 3P-3 | | | 4,615.31 | 0.00 |
| | | Department of the Treasury | Claims Distribution - Wed, 08-18-2021<br><br>$2,775.55 | 5800-000 | | | |
| | | Department of the Treasury | Claims Distribution - Wed, 08-18-2021<br><br>$1,839.76 | 5800-000 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 191,109.74 | 191,109.74 | $0.00 |
| Less: Bank Transfers/CDs | 81,777.58 | 10,447.40 | |
| Subtotal | 109,332.16 | 180,662.34 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $109,332.16 | $180,662.34 | |

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 11

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 19-09029 | | **Trustee Name:** | | Joji Takada (330810) | |
| **Case Name:** | Best Budget Inn Investment, LLC | | **Bank Name:** | | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***2641 | | **Account #:** | | ******4325 Secured Creditor Escrow Account | |
| **For Period Ending:** | 10/24/2021 | | **Blanket Bond (per case limit):** | | $77,173,558.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/02/19 | {2} | Old Republic National Title Insurance Company | Escrow funds for secured creditor payoff | 1110-002 | 1,124,107.60 | | 1,124,107.60 |
| 10/25/19 | {2} | Old Republic National Title Insurance Comany | Refund of TI holdback | 1110-000 | 5,003.00 | | 1,129,110.60 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 973.60 | 1,128,137.00 |
| 05/01/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -973.60 | 1,129,110.60 |
| 08/17/20 | | Joji Takada Trustee, operating account for Best Budget Inn Investment | Return of tax payment escrow overage to secured creditor escrow account | 9999-000 | 4,823.70 | | 1,133,934.30 |
| 08/17/20 | 101 | PM Hospitality LLC | Administrative payment per court order docket 78 | 2420-000 | | 800.00 | 1,133,134.30 |
| 08/28/20 | | Best Budget Operating Account | Reimbursement of funds incorrectly drawn from secured creditor escrow account | 9999-000 | 800.00 | | 1,133,934.30 |
| 09/03/20 | 102 | Eco Shield Home Design, Inc. | $567,363.36, as full and final settlement of Claim No. 1 filed by Eco Shield; | 4110-000 | | 567,363.36 | 566,570.94 |
| 09/03/20 | 103 | KPHG LLC. Attn: Mahesh Mody | $566,570.94 as full and final settlement of its secured claim No. 7 | 4110-000 | | 566,570.94 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 1,134,734.30 | 1,134,734.30 | $0.00 |
| Less: Bank Transfers/CDs | 5,623.70 | 0.00 | |
| **Subtotal** | 1,129,110.60 | 1,134,734.30 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,129,110.60** | **$1,134,734.30** | |

# Form 2

Exhibit 9

Page:   12

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 19-09029 | **Trustee Name:** | Joji Takada (330810) |
| **Case Name:** | Best Budget Inn Investment, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***2641 | **Account #:** | ******4325 Secured Creditor Escrow Account |
| **For Period Ending:** | 10/24/2021 | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0654 Checking Account | $88,051.97 | $11,098.09 | $0.00 |
| ******6500 Checking | $109,332.16 | $180,662.34 | $0.00 |
| ******4325 Secured Creditor Escrow Account | $1,129,110.60 | $1,134,734.30 | $0.00 |
| | **$1,326,494.73** | **$1,326,494.73** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)